| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric J. Olson (SBN 37630)<br>EJOlsonLaw<br>301 East Colorado Boulevard, Suite 520<br>Pasadena, California 91101<br>T: 818-245-2246<br>C: 626-224-5619<br>E: Eric@EJOlsonLaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendants (See Attachment 1) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Leslie Klein<br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:24-ap-01140-SK<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| Bradley D. Sharp, Chapter 11 Trustee<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual<br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  Defendants (See Attachment 1)

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

Attachment 1 to Notice of Appeal and Statement of Election

2:24-ap-01140-SK

Defendants:

Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Granting Motion for Summary Judgment on All Claims for Relief Against Defendants

2. State the date on which the judgment—or the appealable order or decree—was entered: 12/20/2024

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Bradley D. Sharp, Chapter 11 Trustee

   Attorney:

   Jeffrey W. Dulberg, John W. Lucas, Jeffrey P. Nolan
   PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Boulevard, 13th Floor
   Los Angeles, California 90067
   T: 310-277-6910 F: 310-201-0760
   E: jdulberg@pszjlaw.com; jlucas@pszjlaw.com; jnolan@pszjlaw.com

2. Party:

   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____ Date: 01/03/2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

1  Jeffrey W. Dulberg (State Bar No. 181200)
   John W. Lucas (State Bar No. 271038)
2  Jeffrey P. Nolan (State Bar No. 158923)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA 90067-4003
4  Telephone: 310.277.6910
   Facsimile: 310.201.0760
5  Los Angeles, California 90067-4003
   E-mail: jdulberg@pszjlaw.com
6          jlucas@pszjlaw.com
           jnolan@pszjlaw.com
7
   Attorneys for Plaintiff, Bradley D. Sharp,
8  Chapter 11 Trustee



**FILED & ENTERED**

**DEC 20 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE KLEIN, an individual, THE SECOND AMENDED KLEIN LIVING TRUST, a trust, THE MARITAL DEDUCTION TRUST OF ERIKA KLEIN, a trust, THE SURVIVOR'S TRUST OF LESLIE KLEIN, a trust, and BARBARA KLEIN, an individual,<br><br>Defendants. | Case No.: 23-10990-SK<br><br>Adv. Case No.: 2:24-ap-01140-SK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF AGAINST DEFENDANTS**<br><br>Date: December 18, 2024<br>Time: 10:30 a.m.<br>Place: Courtroom 1575<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br><br>[Relates to Docket Nos. 32, 33, 34, 36, 43, 44, 48 and 49] |

A hearing was held on December 18, 2024 at 10:30 a.m. in Courtroom 1575, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Sandra R. Klein for the Court to consider and act upon the *Motion For Summary Judgment On All Claims for Relief Against Defendants* (the "**Motion**")[1] [Adv. Docket No. 32], filed by plaintiff, Bradley D. Sharp, as trustee

---
[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

4920-9348-3016.1 78512.001

(the "**Plaintiff**") for the Chapter 11 estate of Leslie Klein. Appearances were as noted on the record.

Based upon the record, the Motion, the declaration of John W. Lucas [Adv. Docket No. 33], the request for judicial notice [Adv. Docket No. 34], and the statement of facts and conclusions of law [Adv. Docket No. 36], filed by Plaintiff in support of the Motion; the opposition to the Motion filed by Defendants [Adv. Docket No. 43], the statement of genuine issues of facts filed by Defendants [Adv. Docket No. 44]; the reply to the statement of facts filed by Plaintiff [Adv. Docket No. 48], and the reply to the Opposition filed by Plaintiff [Adv. Docket No. 49]; the motion to continue filed by Defendants [Adv. Docket No. 51]; and the opposition to the Motion to Continue, filed by Plaintiff [Adv. Docket No. 52]; and the arguments of counsel at the hearing; based on the findings of fact and conclusions of law made by the Court on the record of the hearing; and good cause appearing therefor; and for the reasons stated by the Court on the record of the hearing,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

###

Date: December 20, 2024

Sandra R. Klein
United States Bankruptcy Judge

4920-9348-3016.1 78512.001                          2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 East Colorado Boulevard, Suite 520, Pasadena, California 91101

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _01/03/2025_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Simon Aron (saron@wrslawyers.com, moster@wrslawyers.com); Reem J. Bello (rbello@goeforlaw.com; kmurphy@goeforlaw.com); Jeffrey W. Dulberg (jdulberg@pszjlaw.com); Robert P. Goe (kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com); United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov); John W. Lucas (jlucas@pszjlaw.com, ocarpio@pszjlaw.com); Jeffrey P. Nolan (jnolan@pszjlaw.com)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _01/03/2025_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

via US Mail
Hon. Sandra Klein
U.S. Bankruptcy Court
255 East Temple Street #1582
Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/3/2025 | Jasper Pantaleon | /s/ Jasper Pantaleon |
|---|---|---|
| Date | Printed Name | Signature |