**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Leslie Klein<br><br>Debtor(s) | BAP/USDC NO.: 25-1002<br>CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:24-ap-01140-SK<br>APPEAL DOCKET ENTRY NO.: 67 |
|---|---|
| Bradley D. Sharp, Chapter 11 Trustee<br><br>Plaintiff(s)<br>vs.<br><br>Leslie Klein; The Second Amended Klein Living Trust; The Marital Deduction Trust of Erika Klein; Barbara Klein; The Survivor's Trust of Leslie Klein; Kenneth Klein<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
☒ Bankruptcy Appellate Panel of the Ninth Circuit
☐ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Eric J. Olson
301 East Colorado Boulevard, Suite 520
Pasadena, CA 91101

Attorney of Record for Appellee:
Jeffrey W. Dulberg
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 02/04/2025         By: /s/ Sonny Milano_____
                              Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☒ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☐ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee

   ☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Simon Aron     saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
   Reem J Bello     rbello@goeforlaw.com, kmurphy@goeforlaw.com
   Jeffrey W Dulberg     jdulberg@pszjlaw.com
   Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com; Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
   John W Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   Jeffrey P Nolan     jnolan@pszjlaw.com
   Eric J Olson     eric@ejolsonlaw.com
   Nikko Salvatore Stevens     nikko@cym.law, karen@cym.law

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**