No. CC-25-1002

# IN THE UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE NINTH CIRCUIT

In re: Leslie Klein,
Debtor

Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; Barbara Klein, an individual,
Adverse Proceeding Defendants, Appellants

v.

Bradley D. Sharp, Chapter 11 Trustee,
Adverse Proceeding Plaintiff, Appellee

On Appeal from the United States Bankruptcy Court
For the Central District of California
BK Case No. 2:23-bk-10990-SK
Adv. Case No. 2:24-ap-01140-SK
Honorable Sandra Klein

## EXCERPTS OF RECORD

Eric J. Olson (SBN 37630)
EJOLSONLAW
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
T: 818-245-2246
C: 626-224-5619
E: Eric@EJOlsonLaw.com
Attorney for Adverse Proceeding Defendants, Appellants,
Leslie Klein, The Second Amended Klein Living Trust, The Marital Deduction Trust of Erika Klein, The Survivor's Trust of Leslie Klein, Barbara Klein

# INDEX

| Document | Date Filed | Page |
|---|---|---|
| **A. Relevant Entries in Bankruptcy Docket** | | ER_5-ER_16 |
| **B. Complaint, Answers & Equivalent Filings** | | |
| First Amended Complaint for Quiet Title and Avoidance of Unrecorded Interests in Real Property Located at 322 N. June St., Los Angeles, California (Bankruptcy Adverse Case Docket No. 6) | 05/29/2024 | ER_17-ER_115 |
| Answer to First Amended Complaint for Quiet Title and Avoidance of Unrecorded Interests in Real Property Located at 322 N. June St., Los Angeles, California (Bankruptcy Adverse Case Docket No. 21) | 07/12/2024 | ER_116-ER_122 |
| **C. Judgment, Order or Decree from which Appeal is taken** | | |
| Order Granting Motion for Summary Judgment on All Claims for Relief Against Defendants (Bankruptcy Adverse Case Docket No. 62) | 12/20/2024 | ER_123-ER_124 |
| **D. Other Orders, Pleadings, Jury Instructions, Findings, Conclusions, Opinions Relevant to Appeal** | | |
| Notice of Motion and Motion to Order Joinder of Necessary Parties or Dismiss (FRCIVP 19, 12(B)(7)); Declaration of Eric J. Olson; Points and Authorities (Bankruptcy Adverse Case Docket No. 30) | 09/12/2024 | ER_125-ER_164 |
| Notice of Motion and Motion of Bradley D. Sharp, Chapter 11 Trustee, for Summary Judgment on All Claims for Relief Against Defendants; Declaration of John W. Lucas; And Request for Judicial Notice (Bankruptcy Adverse Case Docket No. 32) | 09/20/2024 | ER_165-ER_196 |

| | | |
|---|---|---|
| Declaration of John W. Lucas In Support of Chapter 11 Trustee's Summary Judgment on All Claims for Relief Against Defendants (Bankruptcy Adverse Case Docket No. 33) | 09/20/2024 | ER_197-ER_448 |
| Request for Judicial Notice In Support of Chapter 11 Trustee's Summary Judgment on All Claims for Relief Against Defendants (Bankruptcy Adverse Case Docket No. 34) | 09/20/2024 | ER_449-ER_720 |
| Statement of Uncontroverted Facts and Conclusions of Law In Support of Motion of Bradley D. Sharp, Chapter 11 Trustee, for Summary Judgment on All Claims for Relief Against Defendants (Bankruptcy Adverse Case Docket No. 36) | 09/23/2024 | ER_721-ER_736 |
| Opposition to Notice of Motion and Motion to Order Joinder of Necessary Parties or Dismiss (Bankruptcy Adverse Case Docket No. 41) | 10/02/2024 | ER_737-ER_744 |
| Reply to Opposition to Motion to Order Joinder of Necessary Parties or Dismiss (FRCIVP 19, 12(B)(7)); Declaration of Leslie Klein; Declaration of Eric J. Olson (Bankruptcy Adverse Case Docket No. 42) | 10/08/2024 | ER_745-ER_753 |
| Opposition to Motion for Summary Judgment; Points and Authorities; Declaration of Leslie Klein; Declaration of Eric J. Olson (Bankruptcy Adverse Case Docket No. 43) | 10/15/2024 | ER_754-ER_776 |
| Statement of Genuine Issue of Facts In Opposition to Motion for Summary Judgment (Bankruptcy Adverse Case Docket No. 44) | 10/16/2024 | ER_777-ER_790 |
| Order Denying Motion to Order Joinder of Necessary Parties or Dismiss (Bankruptcy Adverse Case Docket No. 46) | 10/18/2024 | ER_791-ER_792 |
| Reply to Defendants' Statement of Genuine Issues of Facts In Opposition to Motion for Summary Judgment (Bankruptcy Adverse Case Docket No. 48) | 10/30/2024 | ER_793-ER_805 |

| | | |
|---|---|---|
| Plaintiff's Reply to Defendants' Opposition to Motion for Summary Judgment (Bankruptcy Adverse Case Docket No. 49) | 10/30/2024 | ER_806-ER_850 |
| Joint Status Report [LBR 7016-1(a)(2)] (Bankruptcy Adverse Case Docket No. 50) | 12/04/2024 | ER_851-ER_858 |
| Notice of Motion and Motion for Continuance of Motion for Summary Judgment (FRCP 56(d)); Memorandum of Points and Authorities; Declaration of Daniel A. Crawford, Esq. (Bankruptcy Adverse Case Docket No. 51) | 12/11/2024 | ER_859-ER_874 |
| Opposition to Motion for Continuance of Motion for Summary Judgment (Bankruptcy Adverse Case Docket No. 52) | 12/16/2024 | ER_875-ER_878 |
| Defendants' Reply Re: Motion to Continue Motion for Summary Judgment (Bankruptcy Adverse Case Docket No. 56) | 12/17/2024 | ER_879-ER_885 |
| **E. Notice of Appeal (Bankruptcy Adverse Case Docket No. 67)** | 01/03/2025 | ER_886-ER_891 |
| **F. Relevant Transcripts** | | |
| Transcript of Proceedings October 16, 2024 | 10/16/2024 | ER_892-ER_924 |
| Transcript of Proceedings December 18, 2024 | 12/18/2024 | ER_925-ER_1020 |