No. CC-25-1002

# IN THE UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE NINTH CIRCUIT

In re: Leslie Klein,
Debtor

Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; Barbara Klein, an individual,
Adverse Proceeding Defendants, Appellants

v.

Bradley D. Sharp, Chapter 11 Trustee,
Adverse Proceeding Plaintiff, Appellee

On Appeal from the United States Bankruptcy Court
For the Central District of California
BK Case No. 2:23-bk-10990-SK
Adv. Case No. 2:24-ap-01140-SK
Honorable Sandra Klein

# CERTIFICATIONS REQUIRED BY BAP RULE
8015(a)-1(a) and 8015(a)-1(b)

Eric J. Olson (SBN 37630)
EJOLSONLAW
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
T: 818-245-2246
C: 626-224-5619
E: Eric@EJOlsonLaw.com
Attorney for Adverse Proceeding Defendants, Appellants,
Leslie Klein, The Second Amended Klein Living Trust, The Marital Deduction Trust of Erika Klein, The Survivor's Trust of Leslie Klein, Barbara Klein

## Certification Required by BAP Rule 8015(a)-1(a)

[CC-25-1002, Leslie Klein, Debtor]

The undersigned certifies that the following parties have an interest in the outcome of this appeal. These representations are made to enable judges of the Panel to evaluate possible disqualification or recusal [list the names of all such parties and identify their connection and interest]: None

Dated: February 20, 2025          ____/s/__Eric J. Olson____
                                   Eric J. Olson
                                   Attorney for Appellants

## Certification Required by BAP Rule 8015(a)-1(b)

[CC-25-1002, Leslie Klein, Debtor]

The undersigned certifies that the following are known related cases and appeals [list the case name, court and status of all related cases and appeals]: None

Dated: February 20, 2025          ____/s/__Eric J. Olson____
                                  Eric J. Olson
                                  Attorney for Appellants

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
# CERTIFICATE OF SERVICE FOR ELECTRONIC FILING

### 9th Cir. BAP No. CC-25-1002

I hereby certify that on February 20, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system.

I certify that all parties of record to this appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

**Description of Document(s):**

Certifications Required by BAP Rule 8015(a)-1(a) and 8015(a)-1(b)

Dated: February 20, 2025             /s/ Eric J. Olson
                                                                    Eric J. Olson
                                                                    Attorney for Appellants