# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br>LESLIE KLEIN,<br><br>                  Debtor.<br>LESLIE KLEIN, AN INDIVIDUAL; THE SECOND AMENDED KLEIN LIVING TRUST, A TRUST; THE MARITAL DEDUCTION TRUST OF ERIKA KLEIN, A TRUST; THE SURVIVOR'S TRUST OF LESLIE KLEIN, A TRUST; BARBARA KLEIN, AN INDIVIDUAL, ADVERSE PROCEEDING DEFENDANTS,<br><br>                  Appellants,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, ADVERSE PROCEEDING PLAINTIFF,<br><br>                  Appellee. | B.A.P. No. CC-25-1002<br><br>On Appeal from:<br>United States Bankruptcy Court for the Central District of California<br><br>Bankr. No. 2:23-bk-10990-SK<br>Chapter 11<br><br>Adv. No. 2:24-ap-01140-SK |

## NOTICE OF APPEARANCE

Jeffrey W. Dulberg (CA State Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jdulberg@pszjlaw.com
           jlucas@pszjlaw.com
           jnolan@pszjlaw.com

*Counsel for Appellee Bradley D, Sharp, Chapter 11 Trustee*

4913-3847-0434.1 78512.001

# NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), hereby appears as counsel for Appellee Bradley D. Sharp, Chapter 11 Trustee. PSZJ hereby requests that all notices required to be given and all papers served or required to be served in this case be given to and served on the undersigned on the following addresses and through CM/ECF:

>Jeffrey W. Dulberg (CA State Bar No. 181200)
>John W. Lucas (CA State Bar No. 271038)
>Jeffrey P. Nolan (CA Bar No. 158923)
>PACHULSKI STANG ZIEHL & JONES LLP
>10100 Santa Monica Blvd., 13th Floor
>Los Angeles, CA 90067
>Telephone: 310/277-6910
>Facsimile:  310/201-0760
>E-mail:  jdulberg@pszjlaw.com
>  jlucas@pszjlaw.com
>  jnolan@pszjlaw.com

Respectfully Submitted,

Dated: March 12, 2025                 PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ John W. Lucas*
   John W. Lucas

*Counsel for Appellee Bradley D, Sharp, Chapter 11 Trustee*

| STATE OF CALIFORNIA | ) |
|---|---|
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104.

On March 12, 2025, I caused to be served the following documents in the manner stated below:

- ***NOTICE OF APPEARANCE***

| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address:<br>Eric J. Olson, Esq.<br>EJOLSONLAW<br>301 East Colorado Boulevard, Suite 520<br>Pasadena, California 91101<br>Email:  Eric@EJOlsonLaw.com |
|---|---|

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 12, 2025 at San Francisco, California.

_____
Legal Assistant