# U.S. Bankruptcy Appellate Panel of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**PLEASE IMMEDIATELY COMPLETE THIS CALENDAR ACKNOWLEDGMENT FORM AND FILE IT WITH THE BAP. E-filers must electronically file this form.**

I acknowledge receipt of calendar notice for the following case and agree to appear by video:

BAP NO: __25-1002__

Debtor's Name: __Leslie Klein__

Hearing Date: __May 29, 2025__

Hearing Time: __1:00 PM__

Counsel or Party to Argue (list one):

Name: __Eric J. Olson (SBN 37630)__

Phone: __626-224-5619__

E-Mail: __Eric@EJOlsonLaw.com__

Address: __301 East Colorado Boulevard, Suite 520, Pasadena, California 91101__

Party Represented: __Leslie Klein__
Check one: __X__ appellant or _____ appellee

**Admission Status** (for attorneys only):
__X__ I certify that I am admitted to practice before a District Court in the Ninth Circuit or the Court of Appeals for the Ninth Circuit.
_____ I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy Appellate Panel and that I will immediately move for permission to appear in this case.
Date: __April 23, 2025__
Signature: _____