# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105

(626) 229-7220

**PLEASE IMMEDIATELY COMPLETE THIS CALENDAR ACKNOWLEDGMENT FORM AND FILE IT WITH THE BAP. E-filers must electronically file this form.**

I acknowledge receipt of calendar notice for the following case and agree to appear by video:

BAP NO:  CC-25-1002 LCF

Debtor's Name:  Leslie Klein

Hearing Date:  May 29, 2025

Hearing Time:  01:00 pm PST

Counsel or Party to Argue (list one):

Name:  John Lucas

Phone: 415-217-5108

E-Mail:  jlucas@pszjlaw.com

Address:  Pachulski Stang Ziehl & Jones, LLP
    One Sansome Street, Suite 3430, San Francisco, CA  94104

Party Represented:

Check one:  _____ appellant or  **X**  appellee

**Admission Status** (for attorneys only):
  **X**   I certify that I am admitted to practice before a District Court in the Ninth Circuit or the Court of Appeals for the Ninth Circuit.
  _____  I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy Appellate Panel and that I will immediately move for permission to appear in this case.

Date:  April 29, 2025

Signature: _[signed]_